# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| DANIELLE N. CAMPBELL, | * | |
| Plaintiff, | * | |
| vs. | * | Civil Action No. 12-00656-B |
| CAROLYN W. COLVIN, Commissioner of Social Security, | * | |
| Defendant. | * | |

# JUDGMENT

In accordance with the Order entered on this date, it is hereby **ORDERED, ADJUDGED**, and **DECREED** that the decision of the Commissioner of Social Security denying Plaintiff's claim for a period of disability, disability insurance benefits, and supplemental security income be **AFFIRMED**.

**DONE** this **28th** day of **March, 2014**.

/s/ SONJA F. BIVINS
UNITED STATES MAGISTRATE JUDGE